**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 07-cr-00172-CMA-21

UNITED STATES OF AMERICA,

    Plaintiff,

v.

21. EDGAR MUNOZ-GOMEZ,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to a conference call between both counsel and Chambers staff on February 25, 2009, a Change of Plea hearing is set for **March 6, 2009, at 2:00 p.m.** Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on March 4, 2009**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.</u> The original and one copy of these documents should be delivered to Judge Arguello's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED: February __26__, 2009

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge